UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LYNN ZELVIN, *on behalf of himself and all others* : 
*similarly situated*, :
:
      Plaintiff, :   24-CV-3828 (JMF)
:
  -v- :   <u>ORDER</u>
:
UP NYC, LLC, :
:
      Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: May 21, 2024
   New York, New York          _____
                    JESSE M. FURMAN
                   United States District Judge